UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CIVIL ACTION NO. 3:06-43-KKC

MARK NICKOLAS,                                                                                              PLAINTIFF

v.                                         **OPINION AND ORDER**

GOVERNOR ERNIE FLETCHER, et al.,                                                        DEFENDANTS

\* \* \* \* \* \* \* \*

This matter is before the Court on Motion of the Defendants for Summary Judgment [R. 40]. In his Response to this Motion, the Plaintiff has indicated that he "has repeatedly requested an opportunity to conduct discovery, but has been given no opportunity to do so." Response, at 3. In light of this, and considering the holding of *White's Landing Fisheries, Inc. v. Buchholzer*, 29 F.3d 229 (6th Cir. 1994), the Court feels bound to DENY WITHOUT PREJUDICE the Defendants' Motion for Summary Judgment at this time.

The Defendants indicate that no discovery is necessary because the Plaintiff has received any and all relevant documents through open records requests. Given the Defendants' representations and the issues presented in this case, the Court believes that little or no discovery should be required. In the event discovery is required, such discovery will be limited to the issues of the Defendants' policy of including or excluding websites from the Commonwealth's list of prohibited sites (the "blacklist") and to the Defendants' implementation of this policy. The permitted discovery will not include that relating solely to the motive or motives behind the Commonwealth's exclusion of certain websites, such as Plaintiff's, from the list of permissible websites.

As such, pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure, the Court

hereby ORDERS:

(1) that within twenty-one (21) days from the date of service of this Order, the parties, by counsel, shall meet, either in person or by telephone, to discuss the nature and basis of any discovery requests; and

(2) that within ten (10) days after the meeting the parties shall file a joint status report containing:

    (a) the discovery plan;

    (b) if the parties cannot agree on a discovery plan, a proposed date and time for a hearing to address and resolve such disagreements; and

    (c) the parties' estimate of the time necessary to file final motions for summary judgment.

Additionally, pursuant to Federal Rule of Civil Procedure 25(d)(1), the Court orders that Governor Steven L. Beshear is substituted as party Defendant for former Governor Ernie Fletcher, Secretary Jonathan Miller is substituted as party Defendant for former Secretary John Farris, and Secretary Larry Hayes is substituted as party Defendant for former Secretary Robbie Rudolph.

Dated this 10th day of March, 2008.

Signed By:
*Karen K. Caldwell*  KKC
**United States District Judge**